(No. 5555-)

SINCLAIR REFINING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Military and Naval Department, Respondent.

*Opinion filed November 11, 1969.*

SINCLAIR REFINING CCOMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

BOOKWALTER, J.